

## Heller Law Offices, LLC

Strategy, Experience, Value

May 16, 2018

Honorable Maria Valdez
US District Court, Northern District of IL
Room 1036
219 South Dearborn Street
Chicago, IL 60604

Re: David Calzaretta v. Nicholas E. Rezny
1:17-CV-02408

Dear Judge Valdez,

I am writing to update the Court in lieu of appearing at tomorrow's status conference. It is my understanding that Attorney Saffar will appear in person.

Settlement negotiations were unsuccessful, and I request that the Court set dates regarding discovery, dispositive motions, and proposed pretrial orders. I propose the following deadlines:

- Close discovery on July 31, 2018
- File dispositive motions by September 15, 2018
- Plaintiff's proposed pretrial order by October 31, 2018
- Defendant's proposed pretrial order by November 30, 2018

I will be out of the country from June 13, 2018 until June 30, 2018.

Thank you, and please have your clerk contact me with questions.

Regards,

/s/ Michael G. Heller

Michael G. Heller
Attorney at Law